FILED
May 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D95

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Warren Santiago and Pinky Santiago | **Case No :** | 09-37103 – B – 13J |
| | | **Date :** | 5/25/10 |
| | | **Time :** | 09:32 |

**Matter :** [85] – Motion/Application to Confirm/Modify Chapter 13 Plan [BJH-4] Filed by Joint Debtor Pinky Santiago, Debtor Warren Santiago (swas)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
Trustee – Jan P. Johnson

## CIVIL MINUTE ORDER

Due to the size of the three related calendars (287 matters), the court made the following ruling without findings. All parties were given an opportunity at the hearing to request a more explanatory ruling.

IT IS ORDERED that the trustee's opposition is sustained. The motion to confirm the plan filed April 13, 2010 is denied.

Dated: May 28, 2010

Thomas C. Holman
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached Civil Minute Order.

Bradford Hodach
1212 Broadway #706
Oakland, CA 94612


Pinky Santiago
143 Mike Gartrell Cir
Sacramento, CA 95835


Warren Santiago
143 Mike Gartrell Cir
Sacramento, CA 95835


Jan Johnson
PO Box 1708
Sacramento, CA 95812