FILED
June 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002689295

Bradford Hodach, CA State Bar #257011
LAW OFFICES OF BRADFORD HODACH
1212 Broadway, #706
Oakland, CA 94612
Tel: (510) 444-7250
bradhodachlaw@yahoo.com

Attorney for Debtors
Warren Santiago
Pinky Santiago

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| WARREN SANTIAGO, | ) CASE NUMBER: 09-37103 B13 |
| | ) DC No.: BJH-04 |
| AND | ) |
| | ) **MOTION TO CONFIRM FIFTH** |
| PINKY SANTIAGO, | ) **AMENDED CHAPTER 13 PLAN** |
| | ) |
| Debtors. | ) DATE: July 20, 2010 |
| | ) TIME: 9:32 a.m. |
| | ) COURTROOM: 32, 6th Floor |
| | ) |
| | ) HON. THOMAS C. HOLMAN |

## MOTION TO CONFIRM FIFTH AMENDED CHAPTER 13 PLAN

WARREN SANTIAGO and PINKY SANTIAGO debtors herein, move the Court for confirmation of Fourth Amended Chapter 13 plan as follows:

The debtors filed their Chapter 13 petition on August 12, 2009. The Plan was filed on August 12, 2009.

The plan utilizes the form chapter 13 plan required by General Order 05-03. The plan's feasibility may be assessed as the Statement of Financial Affairs was filed with this Court on September 28, 2009.

WHEREFORE, the debtor prays that the court confirm the Fourth Amended Chapter 13 Plan as filed.

Dated: June 8, 2010          THE LAW OFFICES OF BRADFORD HODACH


                    /s/Bradford Hodach
                    BRADFORD HODACH