FILED
September 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002903875

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
P. O. Box 1708
Sacramento, CA 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>WARREN SANTIAGO,<br><br><br>PINKY SANTIAGO,<br><br><br>_____ Debtor(s) | Case No: 09-37103-B-13J<br>DC No.: BJH-5<br><br>**TRUSTEE'S OPPOSITION TO MOTION TO CONFIRM SIXTH AMENDED PLAN AND COUNTER MOTION TO CONDITIONALLY DISMISS CASE**<br><br>DATE: SEPTEMBER 21, 2010<br>TIME: 9:32 A.M.<br>COURTROOM: 32 |

JAN P. JOHNSON, STANDING CHAPTER 13 TRUSTEE, opposes the Debtor(s) motion as:

1. Under the terms of the sixth amended plan filed on August 20, 2010, Debtors are delinquent to the Trustee in the amount of $1,994.00 which represents approximately one plan payment. It appears that Debtors lack the ability to make the plan payments. Debtors have failed to carry their burden of showing that the plan complies with 11 U.S.C. Section 1325(a)(6).

1

2. The Trustee objects to payment of attorneys' fees pursuant to the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases. The plan reflects that Debtors' counsel is charging a total of $3,500.00 with $1,500.00 having been paid to counsel prior to the filing of the petition. The Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys filed on June 8, 2010 reflects that initial fees charged in this case are $0.00.

WHEREFORE the movant prays that the Court enter an order denying confirmation of the debtor's Plan, and an order dismissing the case unless on or before October 5, 2010 the Debtor files a new plan and all necessary and related motions, including without limitation motions to value collateral and motions to avoid liens, properly serves the new plan and the motion(s), and sets the motion(s) for hearing on the next available chapter 13 calendar that provides proper notice for all of the motions to be heard on the same calendar. The trustee consents to the Court's resolution of disputed material factual issues pursuant to FRCivP 43(c) as made applicable by FRBP 9017.

Date: September 3, 2010

/s/ Kristen A. Koo
KRISTEN A. KOO, Attorney for Trustee